[No. 71311-6-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EARL WOODLYN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-03189-1, Barbara Linde, J., entered December 13, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 71322-1-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN ROWE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05452-1, Timothy A. Bradshaw, J., entered November 8, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 71333-7-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH HARVEY ADEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04459-3, Catherine D. Shaffer, J., entered November 26, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Leach, JJ.

[No. 71344-2-I.   Division One.   March 9, 2015.]

*In the Matter of the Marriage of* CARLA D. BIERLINE, *Appellant*, and TODD J. BIERLINE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-00447-6, Michael Hayden, J., entered November 27, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Lau and Trickey, JJ.